Same memorandum as in *People v Hutchings* ([appeal No. 1] 120 AD3d 1599 [2014]). Present—Smith, J.P., Fahey, Lindley, Valentino and DeJoseph, JJ.

■ SUSAN L. BOTTICELLI, Appellant, v GARY A. BOTTICELLI, Respondent. [992 NYS2d 663]—Appeal from a judgment of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered January 18, 2013 in a divorce action. The judgment, inter alia, equitably distributed the assets of the parties.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties and filed on September 10, 2014,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Fahey, Lindley, Valentino and DeJoseph, JJ.

■ ANTHONY PAONE, JR., Appellant, v PROGRESSIVE CASUALTY INSURANCE COMPANY, Respondent. [993 NYS2d 523]—Appeal from

an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered July 17, 2013. The order granted defendant's motion to vacate the default judgment entered against defendant and granted defendant's motion to dismiss plaintiff's complaint in its entirety.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Lindley, Valentino and DeJoseph, JJ.